UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>     Plaintiff,<br><br> v.<br><br>MCHAFFIE, et al.,<br><br>     Defendant. | CASE NO. 3:21-cv-05470-DGE-BAT<br><br>**ORDER DIRECTING PARTIES TO SUBMIT MEMOS REGARDING PRETRIAL SCHEDULE** |

The Court issued a pretrial scheduling order on October 29, 2021. On November 16, 2021, Plaintiff filed an amended 42 U.S.C. § 1983 complaint. Defendants filed an Answer on November 29, 2021. Because the scheduling order was filed based upon the original complaint and answer, the Court ORDERS:

1. Each party shall file a separate memorandum addressing whether the original pretrial schedule should be maintained or amended, the reasons for amendment if amendment is sought, and proposed new due pretrial scheduling dates. **Each party's memorandum shall be filed no later than December 14, 2021.**

2. If the parties do not submit a memorandum, the scheduling order issued on October 29, 2021, will remain in effect and the parties will be required to adhere to the due dates that are set forth in that order.

3.      The clerk shall provide a copy of this order to the parties and the assigned District Judge.

DATED this 30th day of November, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PARTIES TO SUBMIT
MEMOS REGARDING PRETRIAL
SCHEDULE - 2