UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH TYLER LITTLEFIELD,

               Plaintiff,

  v.

MCHAFFIE, et al.,

               Defendants.

CASE NO. 3:21-cv-05470-DGE-BAT

ORDER DENYING MOTION FOR DEFAULT

The Court, having reviewed the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, and finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 47).

2. Plaintiff's motion for default judgment (Dkt. No. 37) is DENIED.

3. The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of March, 2022.

David G. Estudillo
United States District Judge

ORDER DENYING MOTION FOR DEFAULT
- 1