UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>                 Plaintiff,<br><br>   v.<br><br>MCHAFFIE, et al.,<br><br>                 Defendant. | CASE NO. 3:21-cv-05470-DGE-BAT<br><br>**ORDER REGARDING MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT** |

On March 18, 2022, Defendants moved for summary judgment. Plaintiff's response was due April 11, 2022, because the motion was noted for April 15, 2022. On April 15, 2022, Plaintiff moved for a seven-day extension to file his response. He contends he was unable to E-file his response opposing summary judgement, that he submitted the response to prison officials on April 11, 2022, and the response was mailed on April 14, 2022. Dkt. 61. Because Plaintiff avers he has mailed his response, the Court ORDERS:

    1.    Plaintiff's motion for extension Dkt. 61, is STRICKEN as unnecessary. Plaintiff has already put his response into the mail and the Court will consider the response upon receipt.

    2.    Because the Court has not received and filed Plaintiff's response, any reply by Defendants is due no later than April 27, 2022.

    3.    The Clerk shall renote the motion for summary judgment. Dkt. 48, for April 27,

ORDER REGARDING MOTION TO EXTEND
TIME TO RESPOND TO SUMMARY
JUDGMENT - 1

2022, as ready for the Court's consideration.

4. The Clerk shall provide a copy of this order to the parties and to the assigned District Judge.

DATED this 18th day of April, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING MOTION TO EXTEND
TIME TO RESPOND TO SUMMARY
JUDGMENT - 2